# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RAYMOND AND BEVERLY PREUSSER,**
on behalf of their minor son, E.P.,

                **Plaintiffs,**

  vs.                                                      1:10-CV-1347
                                                                      (MAD/CFH)

**TACONIC HILLS CENTRAL SCHOOL
DISTRICT and JOHN V. GULISANE, JR.,**
sued in his individual capacity,

                **Defendants.**

_____

  **X**    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment and dismissal of plaintiffs' complaint in its entirety is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 17th day of January, 2013.

DATED: January 17, 2013

*[signature]*
Clerk of Court

S/ _____
Britney Norton, Deputy Clerk