# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**RAYMOND AND BEVERLY PREUSSER,**
on behalf of their minor son, E.P.,

Plaintiffs,

vs.                                                1:10-CV-1347
                                                  (MAD/CFH)

**TACONIC HILLS CENTRAL SCHOOL
DISTRICT and JOHN V. GULISANE, JR.,**
sued in his individual capacity,

Defendants.

_____

___X___  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment and dismissal of plaintiffs' complaint in its entirety is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 17th day of January, 2013.

DATED: January 17, 2013

Clerk of Court

S/ _____
Britney Norton, Deputy Clerk